UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA            : Hon. Susan D. Wigenton

                v.                  : Crim. No. 11-225 (SDW)

MI-YOUNG MUN                        : CONTINUANCE ORDER


        This matter having come before the Court on the joint
application of Paul J. Fishman, United States Attorney for the
District of New Jersey (Jane H. Yoon, Assistant U.S. Attorney,
appearing), and defendant Mi-Young Mun (Luis Diaz, Esq.,
appearing) for an order granting a continuance of the proceedings
in the above-captioned matter for a period of 30 days, and the
defendant being aware that he has the right to have the matter
brought to trial within 70 days of the date of his appearance
before a judicial officer of this court pursuant to Title 18 of
the United States Code, Section 3161(c)(1), and as the defendant
has consented to such a continuance, and for good and sufficient
cause shown,

        IT IS THE FINDING OF THIS COURT that this action should
be continued for the following reasons:

        1.  Plea negotiations are currently in progress, and
both the United States and the defendant desire additional time
to finalize a plea agreement, which would render trial of this
matter unnecessary;

2. Defendant has consented to the aforementioned continuance;

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(a), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this _____ day of August 2011,

IT IS ORDERED that this action be, and hereby is, continued for a period of 30 days; and it is further

ORDERED that the period from and including August 19, 2011, through and including September 17, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7)(a); and it is further

ORDERED that the calendar for this matter shall be revised as follows:

Pre-trial motions: _____

Opposition: _____

Motions hearing: _____

Trial: _____

HON. SUSAN D. WIGENTON
United States District Judge

2

Form and entry
consented to:

Jade H. Yoon
Assistant U.S. Attorney

Luis G. Diaz, Esq.
Counsel for Mi-Young Mun

3