2008R01466/am

```
                                    UNITED STATES DISTRICT COURT
                                       DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :     Hon. Susan D. Wigenton

         v.                   :     Criminal Number: 11-225 (SDW)

MI-YOUNG MUN                  :     ORDER FOR RESTITUTION
```

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Anthony Moscato, Assistant U.S. Attorney), and defendant Mi-Young Mun (hereinafter the "defendant")(by his attorney Luis O. Diaz, Esq.) for an Order requiring the defendant to pay restitution as required under his plea agreement, and as the defendant having consented to this Order, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that as a result of his plea agreement and conviction, the defendant is required to make full restitution related to two commercial loans described in the Indictment, Criminal Number: 11-255; and

WHEREFORE, IT IS on this 11th day of September 2012,

ORDERED that the defendant, as part of the sentence imposed on May 21, 2012, shall pay restitution to the victims listed below and in the amounts listed below (hereinafter collectively the "Victims"):

| Victim | Address | Amount |
|---|---|---|
| Citibank | Citibank N.A.<br>1000 Technology Drive<br>San Antonio, Texas 78245 | $98,955.32 |
| JP Morgan Chase Bank | Attn: Raymond Kearns<br>201 North Central Avenue<br>Floor 17<br>Phoenix, Arizona 85004 | $31,563.28 |

IT IS FURTHER ORDERED that this restitution will be payable in monthly installments of not less than $1,000 per month, commencing thirty days from the date of this order.

IT IS FURTHER ORDERED that the defendant will notify the United States Attorney's Office (Financial Litigation Unit), the U.S. Probation Office for the District of New Jersey, and the Court thirty days before any contemplated sale, conveyance, transfer, disposition, or any action that affects the title, ownership, or interest in any real estate (hereinafter the "Subject Property"), including but not limited to the property located at 523 Hillside Avenue, Palisades Park, New Jersey.

IT IS FURTHER ORDERED that the defendant will use the proceeds from any sale, conveyance, transfer, or disposition of the Subject Properties to pay the Victims, with the proceeds of any such sale, conveyance, transfer, or disposition of the Subject Properties being equally divided between the Victims until the outstanding balances are repaid.

IT IS FURTHER ORDERED THAT the defendant will pay restitution payable to the U.S. Treasury and forward these monthly payments to the Clerk of the Court for distribution to the above-referenced victims.

Date: Sept 11, 2012

HON. SUSAN D. WIGENTON
United States District Judge